# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KARLA K. KOUTZ,

       Plaintiff,

v.

OLEN PROPERTIES, et al.,

       Defendants.

2:10-CV-294 JCM (RJJ)

**ORDER**

Presently before the court is the matter of *Koutz v. Olen Properties et al.* (2:10-cv-00294-JCM-RJJ).

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice." On March 3, 2010, plaintiffs filed a complaint in this court. (Doc. #1).

On July 29, 2010, the clerk of the court instructed plaintiff that his action would be dismissed as to Chris Cordova pursuant to Federal Rule of Civil Procedure 4(m) if he did not file proof of service of process by August 28, 2010. (Doc. #25). To date, plaintiff has not filed proof of service with the court as to Chris Cordova.

Accordingly,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case as to Chris Cordova be, and the same hereby is, DISMISSED without prejudice.

DATED September 7, 2010.

_____
**UNITED STATES DISTRICT JUDGE**