```
 1  SAO
    RUTH L COHEN
 2  Nevada Bar No. 1782
    ATKIN WINNER & SHERROD
 3  1117 South Rancho Drive
    Las Vegas, Nevada 89102
 4  Phone (702) 243-7000
    Facsimile (702) 243-7059
 5
    Attorneys for Plaintiff
 6
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Karla K. KOUTZ,<br><br>    Plaintiff,<br><br>v.<br><br>OLEN PROPERTIES; REALTY SERVICES CORP.; CHRISTOPHER Mr. Cordova; BARBARA Ms. Stidd, VICE PRESIDENT OF OPERATIONS, OLEN PROPERTIES; and ROES 1 through 5, inclusive,<br><br>    Defendants. | CASE NO.: 2:10-cv-0294-JCM-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Ruth L Cohen, attorney for Plaintiff, KARLA KOUTZ, and, JOHN MARSHALL, attorney for DEFENDANTS OLEN PROPERTIES CORP., REALTY SERVICES CORP., and BARBARA STIDD, that Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that the hearing on Defendants' Motion to Dismiss Plaintiff's

///

///

///

///

///

///

///

1 | Complaint scheduled for November 17, 2010 shall be vacated.

2 | DATED: this 14th October, 2010.

ATKIN WINNER & SHERROD

*/s/ Ruth L. Cohen/*

Ruth L. Cohen
Nevada Bar No. 1782
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorney for Plaintiff Karla Koutz

DATED: this 13 October, 2010

*/s/ R. Clay Hendrix/*

R. Clay Hendrix, Esq. (SBN 3735)
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Julie A. Aull (SBN 186914)
John Marshall (SBN 172470)
57 Corporate Plaza
Newport Beach, CA 92660
Attorneys for Defendants Olen Properties Corp,
Realty Services Corp., and Barbara Stidd

**BASED ON THE FOREGOING STIPULATION, IT IS ORDERED THAT:**

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that that the Defendants' Motion to Dismiss Plaintiff's Complaint scheduled for November 17, 2010 shall be vacated.

DATED this 19th day of October, 2010.

*/s/ James C. Mahan/*

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE